UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 15-03624-RGK (FFMx) | Date | July 27, 2015 |
|---|---|---|---|
| Title | *DAVID MATSUMOTO v. LOS ANGELES COUNTY BOARD OF SUPERVISORS* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE |
|---|---|

| Sharon L. Williams (Not Present) | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Warner Bros.s: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    (IN CHAMBERS) Order re: Defendant's Motion to Dismiss (DE 11)

Court records show that Plaintiff filed a First Amended Complaint. On July 17, 2015. Therefore, Defendant's Motion to Dismiss (DE 11) is hereby **denied as moot**.

**IT IS SO ORDERED**.

:

Initials of Preparer